# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                              **CASE NO: 8:03-cr-37-T-35JSS**

**RAUL ORTEGA**

_____

## ORDER

This cause comes before the Court upon periodic review.   A review of the case docket reveals that on January 30, 2003, a Warrant was issued as to Defendant **RAUL ORTEGA**. (Dkt. 2)   As of the date of this Order, the arrest warrant has yet to be executed. No substantive activity has occurred in the case since the issuance of the warrant.

Accordingly, it is **ORDERED** as follows:

1. This matter is **ADMINISTRATIVELY CLOSED without prejudice**.   The Government may reopen this matter once the fugitive defendant has been apprehended.

2. The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this case. The Defendant is to remain in fugitive status.

**DONE and ORDERED** in Tampa, Florida, this 14th day of September, 2017.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
U.S. Probation Office
U.S. Pretrial Services
U.S. Marshal Service